```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>ALFONSO VELLON,<br><br>              Defendant. | 23-cr-605 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The parties submitted the attached uncontested statement of facts that obviates the need for the currently scheduled Fatico hearing. Therefore, upon the parties' application, the Court hereby cancels the Fatico hearing scheduled for December 5, 2023, at 4:30 P.M. In light of this development, the Court will hold the sentencing on an earlier date than previously scheduled. The parties are directed to jointly call Chambers to set a new sentencing date.

SO ORDERED.

New York, NY
December 4, 2023

_____
JED S. RAKOFF, U.S.D.J.